LODGED
JUL 2 5 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
2005 JUL 27 P 2: 38
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

1  COUNSEL IDENTIFICATION:

3            UNITED STATES DISTRICT COURT

4            EASTERN DISTRICT OF CALIFORNIA

6  UNITED STATES OF AMERICA

8              Plaintiff(s)                  ~~CIVIL~~   1:05MJ00129
   v
9                                            PRO HAC VICE APPLICATION
10 REUBEN HOUSTON                             AND ORDER

12             Defendant(s)

    I, __Manubir S. Arora_____, attorney for
    __Reuben Houston_____ (~~plaintiff~~/defendant),
    hereby petitions for admission to practice under the provisions of
    Rule 180(b)(2) of the Local Rules of Practice of the United States
    District Court for this District, and in support thereof, state, under
    penalty of perjury, that:
         My residence address is: 3895 River Run, Atlanta, GA 30350
         My business address is: 3151 Maple Drive, N.E.,
    Atlanta, GA 30305
         Business telephone: 404.262.2225
         I was admitted to practice in the following courts:
    COURT: __Northern District of Georgia__  on __7/16/01__
    COURT: __Georgia Supreme Court__         on __1996__

1  I am presently in good standing and eligible to practice in said
2  court. I am not currently suspended or disbarred in any other court.
3  Within the year preceding this application, I _____HAVE, or
4  \_\_XX\_ HAVE NOT made a pro hac vice application to this court. Listed
5  below is the case number and title of each matter, the date of the
6  application, and whether it was granted or denied. _____**N/A**_____
7  _____.
8  I hereby designate the following member of the Bar of this Court
9  with whom the Court and opposing counsel may readily communicate
10 regarding the conduct of the case and upon whom papers shall be
11 served: _____.
12 DATED: _____  PETITIONER: _____
13 I hereby consent to my designation as counsel with whom the Court
14 and opposing counsel may readily communicate regarding the conduct of
15 the case and upon whom papers shall be served.
16 DATED: _____  DESIGNEE: _____
17                          Address: _____
18                                   _____
19                          Telephone: _____

**ORDER**

**PETITION IS HEREBY** ( X ) **GRANTED** ( ) **DENIED**.
**DATED:** 7/27/05

UNITED ~~STATES DISTRICT~~ JUDGE
- Magistrate