PROB 35

## ORDER TERMINATING PROBATION
## PRIOR TO EXPIRATION DATE



FILED
NOV 16 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00161-19 OWW** |
| ) | |
| **REUBEN HOUSTON** ) | |

On April 4, 2006, the above-named was placed on probation for a period of 9 months. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

**Michael W. Armistead**
**Senior United States Probation Officer**

Dated:   October 20, 2006
         Fresno, California

**REVIEWED BY:** _____
**James E. Herbert**
**Supervising United States Probation Officer**

Re:   **Reuben Houston**
      **Docket Number:   1:05CR00161-19 OWW**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the be discharged from probation, and that the proceedings in the case be terminated.

11-14-06

**Date**

Oliver W. Wanger
**Senior United States District Judge**

Attachment:   Recommendation
cc:   Karen A. Escobar
      United States Attorney's Office