```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
```

**UNITED STATES OF AMERICA,**       )
                                    )   1:05-CR-0161 OWW
                Plaintiff,          )
    vs.                             )
                                    )   ORDER FOR RETURN OF
**REUBEN HOUSTON,**                 )   NOTE AND DEED OF TRUST
                                    )
                Defendants.         )
_____)

   The above-named defendant having served his sentence in this matter,

   IT IS HEREBY ORDERED that the Note, if any, and Deed of Trust (original and/or copy) posted in this matter be returned to the surety.

Deed No.:     6936075123

Receipt No.:

IT IS SO ORDERED.

Dated:   **January 23, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE